```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

PATRICIA GAYLE FALLON, §
§
    Plaintiff, §
§
v. § CIVIL ACTION NO. H-04-2904
§
FORTIS HEALTH, ASSURANT HEALTH, §
ASSURANT, INC., FORTIS BENEFITS §
INSURANCE COMPANY, and TEXAS §
FEDERATION OF TEACHERS EMPLOYEE §
WELFARE BENEFITS PLAN, §
§
    Defendants. §

## **FINAL JUDGMENT**

    This case having been tried to the Court, and the Court having made Findings of Fact and Conclusions of Law separately signed this day, now based upon the Findings of Fact and Conclusions of Law together with the previous Order of the Court entered October 26, 2005, it is

    ORDERED and ADJUDGED that Plaintiff Patricia Gayle Fallon take nothing of and from Defendant Fortis Benefits Insurance Company, and this case is DISMISSED on the merits.

    This is a **FINAL JUDGMENT.**

    The Clerk shall notify all parties and provide them with a true copy of this Final Judgment.

    SIGNED at Houston, Texas, on this 18th day of January, 2006.

```
                              _____
                                    EWING WERLEIN, JR.
                                UNITED STATES DISTRICT JUDGE
```